IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF WISCONSIN

---

UNITED STATES OF AMERICA,

ORDER

Plaintiff,

v.                                                          17-cr-120-jdp

DEBORAH MARCELLUS,

Defendant.

---

Defendant Deborah Marcellus, by counsel, has filed a motion requesting release of defendant's medical records at FMC Carswell for use at an upcoming hearing on a motion for compassionate release.

Defendant's motion is GRANTED. FMC Carswell is ordered to provide copies of Deborah Marcellus's medical records to the U.S. Probation Office for the Western District of Wisconsin, 222 West Washington Ave # 340, Madison, WI 53703; (608) 264-5165.

Entered April 9, 2020.

BY THE COURT:

JAMES D. PETERSON
District Judge